UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cheryl Archer

    v.                                  Case No. 23-cv-504-SE-TSM

HGRL

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 23, 2024.

/s/ Samantha D. Elliott
Samantha D. Elliott
United States District Judge

Date: January 27, 2025

cc:    Cheryl Archer, pro se
        Counsel of Record